IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOD TRUETTE TUMEY, *et al.*, § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. H-11-1451 |
| § | | |
| CHASE HOME FINANCE LLC, § | | |
| Defendant. § | | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that the parties in this case have settled their dispute. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **January 30, 2012,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 22nd day of **December, 2011**.



Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2011\1451Conditional.wpd   111222.1500